UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION


CARMEN MARIE THOMPSON                                    PLAINTIFF

V.                                    CIVIL ACTION NO. 3:25-CV-96-KHJ-BWR

KATHERINE BARRETT RILEY, et al.                          DEFENDANTS


ORDER

For the reasons stated in this Court's [23] Order, the Court also DISMISSES

*Thompson v. Riley et al.*, No. 3:25-CV-148 (S.D. Miss. filed Feb. 25, 2025) without

prejudice. The case is closed.

SO ORDERED, this 20th day of November, 2025.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE